IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:12-cr-00987 |
| | ) | |
| vs. | ) | 18 U.S.C. § 1952(a)(1) & (3) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| | ) | **INFORMATION** |
| **TOREY LUNSK** | ) | |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 9, 2011, in the District of South Carolina and elsewhere, the Defendant, **TOREY LUNSK**, traveled in interstate commerce with the intent to distribute the proceeds of an unlawful activity, namely an enterprise involved in distributing controlled substances in violation of 21 U.S.C. § 841, and otherwise promote, carry on and facilitate the promotion and carrying on of that unlawful activity, and thereafter performed and attempted to perform an act to distribute the proceeds of that unlawful activity;

In violation of Title 18, United States Code, § 1952(a)(1) & (3).


　s/William N. Nettles
WILLIAM N. NETTLES
UNITED STATES ATTORNEY

December 20, 2012

Charleston, South Carolina