IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 9:12-987-1 |
| | ) | |
| v. | ) | ORDER FOR POSTPONEMENT |
| | ) | OF SENTENCING |
| TOREY SPENCER LUNSK | ) | |
| | ) | |

This matter came before the Court pursuant to a motion filed by Defendant, with consent from the Assistant U.S. Attorney Peter Phillips and Assistant U.S. Attorney Nathan Williams. Based upon the information presented to the Court, it is hereby

ORDERED that sentencing in this matter shall be postponed for one year from today's date, with the requirement that Mr. Lunsk continue abiding by all conditions of his current bond.

IT IS SO ORDERED!

_____
Richard M. Gergel, U.S. District Judge

April 30, 2014

1